FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC 1 9 2023

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA, )
)
    Plaintiff, ) CRIMINAL NO. 23-1832 JCH
)
vs. ) 18 U.S.C. §§ 922(a)(1)(A), 923(a), and
) 924(a)(1)(D): Unlawful Dealing in
**ANTHONY LUTZ,** ) Firearms.
)
    Defendant. )

# INDICTMENT

The Grand Jury charges:

Beginning on a date unknown, but no later than on or about September 21, 2019, and continuing to on or about August 4, 2023, in Bernalillo County, in the District of New Mexico, and elsewhere, the defendant, **ANTHONY LUTZ**, not being a licensed dealer of firearms, willfully engaged in the business of dealing firearms.

In violation of 18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## FORFEITURE ALLEGATION

Upon conviction of any offense in willful violation of 18 U.S.C. § 922(a), the defendant, **ANTHONY LUTZ**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense(s), including, but not limited to:

    a. Aero Precision LLC/VG6 M4E1 multi-caliber receiver, serial number M4-0532852;

    b. Shadow Systems, LLC, CR920P 9mm pistol, serial number S032235;

    c. Sig Sauer P365 9mm pistol, serial number 66 B573029;

d. Smith and Wesson M&P 9 Shield 9mm pistol, serial number HZP5583, loaded with eight rounds of ammunition;

e. Silencerco LLC Maxim 9 handgun, serial number M9-1198, and silencer, serial number MX9-1148, loaded with a magazine and 17 rounds of ammunition;

f. Black Aces Tactical Pro Series 30 Po Boy 30 caliber silencer, serial number PA001593AA;

g. Remington Arms Company model 700 tactical rifle, serial number S6603232;

h. Marlin Firearms Co. 336W 30-30 Winchester caliber rifle, serial number MR81108B;

i. Ruger Precision 6mm Creedmoore caliber rifle, serial number EPG16V2;

j. Approximately 109.6 pounds of assorted ammunition and cartridge cases seized from the defendant's residence on or about August 4, 2023.

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

_Niki Mia Brito_
Assistant United States Attorney
eyr